UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HAROLD G. ROBY

    Plaintiff,

v.                                    CIVIL ACTION NO 1:22CV79-GHD-DAS

LaCOSTA, INC,

    Defendant.

## APPLICATION FOR ADMISSION PRO HAC VICE

**(A)**   Name: Doris E. Brosnan
        Firm Name: von Briesen & Roper, s.c.
        Office Address: 411 East Wisconsin Avenue, Suite 1000
        City: Milwaukee, WI 53202
        Telephone: 414-287-1405, Fax: 414-238-6518
        E-Mail: dbrosnan@vonbriesen.com

**(B)**   Client(s): LaCosta, Inc.
        Address: 440 Bonner Road
        P.O. Box 6065
        City: Wauconda, IL 60084
        Telephone: 847-487-3102
        Fax: 847-526-7147

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

Yes

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

24 years' experience as an employment law litigator.

**(C)** Applicant is admitted to practice in the:

    __X__    State of Wisconsin

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

    Supreme Court of Wisconsin
    Office of Lawyer Regulation
    110 East Main Street, Suite 315
    Madison, WI 53703-3383
    608-267-8921
    www.wicourts.gov/olr

All other courts before which Applicant has been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| Northern District of Illinois Trial Bar | 2011 to present |

|  | Yes | No |
|---|---|---|
| **(D)** Has Applicant been denied admission pro hac vice in this state? | ☐ | x |
| Has Applicant had admission pro hac vice revoked in this state? | ☐ | x |
| Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | x |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  | Yes | No |
|---|---|---|
| **(E)** Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | x |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

    Yes  No

(F)     Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?     ☐    x

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

(H)     Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

                                                                                                                                Yes    No

(I)     Has Applicant read and become familiar with all of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?     x    ☐

Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?     x    ☐

(J)     Please provide the following information about the resident attorney who has been associated for this case:

| | |
|---|---|
| Name and Bar No: | W. Mackin Johnson |
| Firm Name: | Butler Snow LLP |
| Office Address: | 1020 Highland Colony Parkway, Suite 1400 |
| | P.O. Box 6010 |
| | Ridgeland, MS  39158-6010 |
| Telephone: | (601) 985-4407    Fax: (601) 985-4500 |
| E-Mail: | mackin.johnson@butlersnow.com |

38520173_1.DOC

(K)  The undersigned resident attorney certifies that he agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

*W. Mackin Johnson*
_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

___8/8/2022___  _____
Date  Applicant's Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**